MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
100 N. Broadway, Suite 500
Wichita, KS  67202
(316) 265-9311
tlmann@martinpringle.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH D. GOLIGHTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08-1239-WEB-KMH |
| ) | |
| RAYTHEON AIRCRAFT CO., ) | |
| HAWKER BEECHCRAFT CORP. and ) | |
| INTERNATIONAL ASSOCIATION OF ) | |
| MACHINISTS AND AEROSPACE ) | |
| WORKERS, DIST. LODGE NO. 70, ) | |
| AFL-CIO, ) | |
| ) | |
| Defendants. ) | |

## JOURNAL ENTRY OF DISMISSAL WITH PREJUDICE

**NOW** on this 17th day of March, 2009, comes on for hearing the motion of the parties to dismiss with prejudice the claims asserted by plaintiff.  Plaintiff appears by and through his attorney, Ray E. Simmons of Ayesh Law Offices.  Defendant International Association of Machinists and Aerospace Workers ("IAM") appears by and through its attorney, Thomas E. Hammond of Hammond, Zongker & Farris L.L.C. Defendants Hawker Beechcraft Corporation and Raytheon Aircraft Company appear by and through their attorneys, Terry L. Mann and Megan S. Monsour, of Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.  There are no other appearances.

WHEREUPON, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

the parties jointly announce to the Court that the parties have resolved the matter, and all claims in this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that all of plaintiff's claims against defendants are hereby dismissed with prejudice.

IT IS SO ORDERED.

s/ Wesley E. Brown
Hon. Wesley E. Brown
United States District Court Judge

APPROVED:

AYESH LAW OFFICES
8100 East 22nd Street North
Building 2300, Suite 2
P. O. Box 781750
Wichita, KS 67278-1750
(316) 682-7381

By s/ Ray E. Simmons
Ray E. Simmons (12296)
*Attorneys for Plaintiff*

HAMMOND, ZONGKER & FARRIS, L.L.C.
727 N. Waco, Suite 200
River Park Place
P. O. Box 47370
Wichita, Kansas 67201-7370
(316) 262-6800

By s/ Thomas E. Hammond
Thomas E. Hammond (10242)

MARTIN, PRINGLE, OLIVER,
WALLACE & BAUER, L.L.P.
100 N. Broadway, Suite 500
Wichita, KS  67202
(316) 265-9311


By s/ Terry L. Mann
      Terry L. Mann (12840)
      Megan S. Monsour (23452)
      *Attorneys for Defendants*
      *Hawker Beechcraft Corporation*
      *and Raytheon Aircraft Company*